Argued May 17, affirmed May 17, 1971

STATE OF OREGON, *Respondent, v.* EDWARD
MARTIN COLTTS (No. 13-418), *Appellant.*
484 P2d 1122

*Lester L. Rawls*, Portland, argued the cause and
filed the brief for appellant.

*Jacob B. Tanzer*, Solicitor General, Salem, argued
the cause for respondent. With him on the brief was
Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and
Foley, Judges.

Affirmed from the bench.